**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**TAMMY JACOBS,**

    Plaintiff,

-vs-                                      Case No. 13-C-608

**WINKY FOOD PRODUCTS,**

    Defendant.

---

## DECISION AND ORDER

---

The defendant, Winky Food Products, asks the Court to amend the judgment in this case to reflect costs that were taxed against the plaintiff. The Court declines this invitation so as not to generate confusion regarding the time to appeal, which has now passed. *Budinich v. Becton Dickinson & Co.*, 486 U.S. 196, 202 (1988) ("The time of appealability, having jurisdictional consequences, should above all be clear").

The defendant's motion to amend the judgment [ECF No. 33] is **DENIED**.

Dated at Milwaukee, Wisconsin, this 17th day of November, 2014.

                                                    **BY THE COURT:**

                                                    _____
                                                    **HON. RUDOLPH T. RANDA**
                                                   U.S. District Judge